**2006–0705. Terry v. Ottawa Cty. Bd. of Mental Retardation & Developmental Delay.**
Ottawa App. No. OT–05–009, 165 Ohio App.3d 638, 2006-Ohio-866. Discretionary appeal accepted on Proposition of Law No. I.

LANZINGER, J., would also accept on all other Propositions of Law.

PFEIFER, LUNDBERG STRATTON and O'CONNOR, JJ., dissent.